# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. _3:16-mj-0030CMK_

_Amber Rae Ettleman_   **ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: __ _____
DRIVER'S LICENSE #: __ _____
ADDRESS: _____
_Mailing_     _Redding_     _CA_     _96002_
CITY               STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: _3-7-17_     _Amber Ettleman_
                            DEFENDANT'S SIGNATURE

_5 years summary court probation_
**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[X] Fine: $ _1,975.00_ and a penalty assessment of $ _25.00_ for a TOTAL AMOUNT OF: $ _2,000_ within _12_ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
_Excluded from all federal lands for 5 years_
**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[ ] **CENTRAL VIOLATIONS BUREAU**
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
    or
**Pay on-line at www.cvb.uscourts.gov**
**and Click on "Pay On-Line"**

[ ] **CLERK, USDC**
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322

[X] **CLERK, USDC**
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _3-7-17_     _____
                            U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                 EDCA-3